```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MUSTAFA OZSUSAMLAR,

Defendant.

No. 05-CR-1077 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 4, 2021, the Court received a letter dated January 26, 2021 from Mr. Ozsusamlar, requesting a sentence reduction pursuant to the First Step Act and seeking compassionate release in light of COVID-19.  No later than 5:00 p.m. on Tuesday, February 16, 2021, the Government shall advise the Court of whether it has any objection to that request and, if so, provide the basis for that objection.

Mr. Ozsusamlar also requests the appointment of counsel from the Federal Defenders.  In light of a conflict with that office, the C.J.A. attorney assigned to receive cases on this day, Raoul Zaltzberg, is hereby ordered to assume representation of Mr. Ozsusamlar for the purpose of his motion for sentence reduction.  As soon as possible, Mr. Zaltzberg shall submit to the Court documentation of Mr. Ozsusamlar's medical condition and any other information supportive of his motion.

The Clerk of Court is directed to mail a copy of this order to Mr. Ozsusamlar at the address listed in his motion.

SO ORDERED.

Dated:    February 9, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge