|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES OF AMERICA,

v.

MUSTAFA OZSUSAMLAR,

        Defendant.

No. 5-CR-1077

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant Mustafa Ozsusamlar's letters of May 25, 2021, Dkt., 149, and May 26, 2021, Dkt. 150, requesting copies of the Court's Opinion and Order denying his motion for a sentence reduction, and the underlying pleadings.

The Clerk of Court is directed to mail a copy of the Court's Opinion and Order, Dkt. 148, and this Order to Mr. Ozsusamlar at the following address:

> Mustafa Ozsusamalar, 18188-050
> FCI Hazelton
> P.O. Box 5000
> Bruceton Mills, WV 26525

SO ORDERED.

Dated:   June 14, 2021
           New York, New York

Ronnie Abrams
United States District Judge