<u>Clerk of Court For the</u>
<u>Southern District NY-NY-10007.</u>

United States of America.
v.
<u>Mustafa Ozsusamlar.</u>

<u>Case NO: 05-cr-1077.(RA).</u>

<u>Motion For Evidantiary Hearing.</u>

<u>Dear, Honorable, Abrams.</u>
I Mustafa Ozsusamlar. I requesting an Evidantiary Hearing in this matter For the purpose of proving my Concerning the accuracy of the official Sentencing transcripts and audio recort on NOV.08.2007. should be the Goverment Contest my Factual representation.
I am strongly belive an Evidantiary Hearing is required.
Because the following Rules. <u>Rule § 6.b) Discovery</u>- <u>Congrational intend</u> (<u>394 U.S. at 301 n.7.</u>) Appointing a Attorney any one following names.
<u>Jorge Dopico</u> — <u>Angila Christmas</u> — <u>Robert J. Anello</u> — <u>Stonly Cohen</u>?
The sentencing time in Court Room. (spectater) Defense Attorney - and interpreter. Attorney. <u>Martin J. Siegel.</u> 150. Broadway. suite 1400. NY-NY.10038 - Phone # 212-349-9190.
interpreter. <u>Asiye Yucel Kay.</u> 80. Perry St. 1w. NY-NY.10024 Phone # 203.901.8868.
<u>Joy Ragland.</u> Phone # 973-977-8777. Paterson New Jersey.
<u>Ramazan Ozsusamlar.</u> Under oath Affidavit mailet from turkey to clerk of Court. By Ragistrate mail on May.5.2022.
<u>U.S. Attorney Miriam E. Rocha.</u> should be called to the Evidantialy Hearing.
I am requesting all so <u>Rule § 6.2,c) Depositon Expences.</u>
Ozsusamlar strongly belive sentencing transcripts incorrect this wrong allagation Corrected by witnesess original Discovery Appropriate. my sentencing time Start to Run. on oct.05.2005;

<u>Respectfully Submitted.</u>
<u>Mustafa Ozsusamlar</u>

<u>Date: June.13.2022.</u>

Mustafa Ozsusamlar. 18188-050.
P.O. Box-5000-FCI-Hazelton.
Bruceton Mills. WV. 26525.

## Certificate of Service.

I Mustafa Ozsusamlar. I certify this my hand writen motion for Evidantiary Hearing. I mailet with U.S. postal service pre-paid mail to clerk of Court 500. Pearl st. NY-NY. 10007. and at same copy to U.S. Attorney office. one saint Andrew plaza NY-NY. 10007. on June.13.2022.

Date: June.13.2022.

*Mustafa [signature]*

Mustafa Ozsusamlar. 18188-050.

---

Application denied.  Mr. Ozsusamlar's request for an evidentiary hearing raises the same arguments made in his prior letters and motions of November 15, 2021, December 27, 2021, March 2, 2022, and April 18, 2022--all of which the Court rejected.  Mr. Ozsusamlar's current motion does not offer any additional reasons, much less persuasive ones, for why an evidentiary hearing is warranted.  The Court also notes that it is unable to translate the Turkish letter Mr. Ozsusamlar appended to this motion.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Ozsusamlar.

SO ORDERED.

_____
**Hon. Ronnie Abrams**
**June 22, 2022**

U.S DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLERK OFFICE

500 PEARL STREET, NY NY 10007

ATTN: MUSTAFA OZSUSAMLAR#18188-050

1st CASE: 02-cr-763(KMW)

2nd CASE START DATE: 05 OCTOBER 2005

05-cr-1077(PKL) (R.Abrams)

SENTENCING DATE: 08 NOVEMBER 2007

Ben Ramazan Özsusamlar.

8 kasım 2007'de babamın hüküm gününde ben de oradaydım ve benimle birlikte babamın kız arkadaşı Joy Ragland, babamın avukatı Martin J. Siegel ve mahkemenin bayan genç tercümanı vardı. Yaklaşık saat 11:00 AM'de babamın el kaldırdığını gördüm. Babam hakime 2. ceza günüm ne zaman başlayacak diye sordu. Hakimde ona şöyle dedi bu davanın sana açıldığı gün (6 Ekim 2005) tarihinden itibaren günün başlıyor. Sonra aynı soruyu Türk tercüman tekrardan sordu ve aynı cevabı aldı. Babamın avukatı Martin J. Siegel emin olmak için aynı soruyu sordu ama yine aynı cevabı aldı. Babamın günü kesildi. 1. Davasından 236 ay, 2. Davasından 188 ay hapis cezasına çarptırıldı. Biz dışarıya çıkarken babamın avukatı ile beraber tekrar konuştuk. Avukat Martin J. Siegel bize şöyle izah etti. Babanın 2. Davasından aldığı 188 ay, 1. Davanın içerisinde onu da bitirmiş olacak dedi bize.

Babamın 1. davası 05.12.2001'den itibaren 236 ay 2. Davasındanda 05.10.2005'den itibaren 188 ay hapis yattığında babamın 3 yıl kadar önce gününü tamamlayıp çıkması gerekirken 3 yıldır kanunsuz olarak hapiste tutulmaktadır.

Gerekli düzenlemelerin yapılıp babamın salınmasını ve yanlışlığın düzeltilmesini rica ederim.

Adres:

Esenler Mh. Alpaslan Türkeş Sk. Gökyel siteleri

Bina no 7 b blok kat 8/36

Selçuklu/Konya/Türkiye 42080

09.05.2022

Ramazan Özsusamlar

Yukarıdaki söylediklerimin doğruluğunu beyan eder ve Kanunen aksi belirlenirse kanunun verdiği cezaları kabul ederim.

KONYA/SELÇUKLU
KILIÇARSLAN MAHALLESİ MUHTARI
Cuma Ali ÜNVER
TEL : 0536 876 20 25

09.05.2022

Ramazan Özsusamlar

Mustafa Ozsusamlar, 18188-050,
P.O. Box-5000, FCI-Hazelton,
Brueton Mills, WV. 26525.

TO: Clerk of Court,
Southern District Court.
500-Pearl Street.
New york-NY. 10007.

Crim DKT
AF

JSM P3
SDNY

RECEIVED
JUN 17 2022
CLERK'S OFFICE
S.D.N.Y.

